[No. 26711-3-III. Division Three. December 23, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTONIO V. RAMIREZ, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 07-8-00145-8, Douglas Anderson, J. Pro Tem., entered November 28, 2007. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Korsmo, J., concurred in by Schultheis, C.J., and Sweeney, J.

[No. 26827-6-III. Division Three. December 23, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID LLOYD MECKELSON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-1-03792-2, Kathleen M. O'Connor and Linda G. Tompkins, JJ., entered January 10 and 25, 2008. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kulik, A.C.J., and Brown, J.

[No. 60107-5-I. Division One. December 29, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. D.S., *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 07-8-00091-3, Alan R. Hancock, J., entered May 25, 2007. *Reversed* by unpublished per curiam opinion.

[No. 60246-2-I. Division One. December 29, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY TRUJILLO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-01523-3, Richard McDermott, J., entered June 15, 2007. *Affirmed in part* and *remanded* by unpublished per curiam opinion.